

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-16-00701-CR

Matthew **JOINER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10594
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant has filed a pro se motion for to abate appeal and a pro se motion for leave to file a second supplemental brief. Appellant is represented by appointed counsel on appeal. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Therefore, appellant's motions are DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court